# EXHIBIT "B"

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIZETTE BELLARD, | |
| Plaintiff, | Civil Action<br>File No.:      21A05843 |
| v. | |
| FAMILY DOLLAR STORES OF<br>GEORGIA, LLC, and JOHN/JANE DOE, | |
| Defendants. | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant, Family Dollar Stores of Georgia, LLC, by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in DeKalb County State Court are stayed.

This 2nd day of February, 2022.

Goodman McGuffey LLP
Attorneys for Family Dollar Stores of Georgia, LLC

By:  /s/James T. Hankins, III
JAMES T. HANKINS, III
GA State Bar No.  188771
jhankins@GM-LLP.com
AVRIL P. CALHOUN
GA State Bar No.  574812
ACalhoun@GM-LLP.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIZETTE BELLARD, | |
| Plaintiff, | Civil Action<br>File No.:     21A05843 |
| v. | |
| FAMILY DOLLAR STORES OF<br>GEORGIA, LLC, and JOHN/JANE DOE, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Min J. Koo, Esq.
Infinity Trial Group, P.C.
1201 W. Peachtree St., Suite 2300
Atlanta, Georgia 30309
Min@InfinityTrial.com
*Attorney for Plaintiff*

This 2nd day of February, 2022.

*/s/James T. Hankins, III*
JAMES T. HANKINS, III
GA State Bar No.  188771
jhankins@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax